UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

H.G., an individual,

    Plaintiff,

v.

Case No. 19-cv-13622
Hon. Matthew F. Leitman

INTER-CONTINENTAL HOTELS
CORPORATION and
MARRIOTT INTERNATIONAL, INC.

    Defendants.
_____/

# ORDER TERMINATING WITHOUT PREJUDICE DEFENDANTS' INITIAL MOTIONS TO DISMISS (ECF Nos. 10, 11)

On December 9, 2019, Plaintiff H.G., an individual, filed this action against Defendants Inter-Continental Hotels Corporation and Marriott International, Inc. under the federal William Wilberforce Trafficking Victim Protection Reauthorization Act of 2008. (*See* Compl., ECF No. 1.) On February 6, 2020, Inter-Continental Hotels filed a motion to dismiss. (*See* Mot., ECF No. 10.) Marriott International filed a motion to dismiss on February 10, 2020. (*See* Mot., ECF No. 11.)

The Court entered an order on February 11, 2020, in which it provided H.G. an opportunity to file an Amended Complaint to address the purported defects in the Complaint. (*See* Order, ECF No. 13.) The Court informed the parties that if H.G.

1

filed such an Amended Complaint, it would terminate Defendants' pending motions to dismiss as moot. (*See id.*)

H.G. has now filed an Amended Complaint. (*See* Am. Compl., ECF No. 15.) Accordingly, the Court **TERMINATES AS MOOT AND WITHOUT PREJUDICE** Defendants' initial motions to dismiss (ECF Nos. 10, 11).

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 11, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 11, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764