UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

H.G., an individual,

    Plaintiff,

v.

INTER-CONTINENTAL HOTELS
CORPORATION and
MARRIOTT INTERNATIONAL, INC.

    Defendants.

_____/

Case No. 19-cv-13622
Hon. Matthew F. Leitman

## **JUDGMENT**

For the reasons stated in the Opinion and Order issued on this date, it is **ORDERED** and **ADJUDGED** that Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE**.

                              DAVID J. WEAVER
                              CLERK OF COURT

                        By:    s/Holly A. Monda
                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 23, 2020
Flint, Michigan

1